UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

1) FOYE STENDER,

    Plaintiff,

v.

1) ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,

    Defendant.

Case No. 25-cv-00461-CDL

## NOTICE OF REMOVAL OF CIVIL ACTION

COMES NOW Defendant, Allstate Vehicle and Property Insurance Company, Petitioner herein, and removes this case from the District Court of Rogers County, State of Oklahoma to the United States District Court for the Northern District of Oklahoma on the following grounds:

1. Petitioner, Allstate Vehicle and Property Insurance Company, is the Defendant in a civil action commenced on May 22, 2025, in the District Court of Rogers County, being Case No. CJ-2025-260, entitled *Foye Stender v. Allstate Vehicle And Property Insurance Company.*

2. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332 and which the Defendant, Allstate Vehicle and Property Insurance Company, is entitled to remove to this Court, pursuant to 28 U.S.C. §1441, *et seq.*, in that the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs as Plaintiff specifically states in her Petition, and the action is between citizens of different states, as at the time of the commencement of this action and at all times subsequent thereto.

3. Plaintiff, Foye Stender, has been and still is a citizen of the State of Oklahoma.

4. Defendant, Allstate Vehicle and Property Insurance Company, is a foreign insurance company with its principal place of business in the State of Illinois. Allstate Vehicle and

#22199355.1

Property Insurance Company is licensed to do business in the State of Oklahoma. Therefore, it is deemed to be an Illinois citizen for the purpose of diversity.

5. This Notice is timely filed with this Court within thirty (30) days after service upon the Petitioner of Summons by which this case became removable.

6. A copy of the state court docket sheet is attached hereto as Exhibit 1.

7. A file-stamped copy of the Petition is attached hereto as Exhibit 2 and is incorporated herein by reference.

8. A file-stamped copy of the Amended Petition is attached hereto as Exhibit 3 and is incorporated herein by reference.

9. A file-stamped copy of the Return of Service of Summons is attached hereto as Exhibit 4 and is incorporated herein by reference.

WHEREFORE, Petitioner, Allstate Vehicle and Property Insurance Company, prays that the above action now pending in the District Court of Rogers County, State of Oklahoma, being Case No. CJ-2025-260, be removed from that Court to this Court.

> s/Ryan M. Oldfield
> David B. Donchin, OBA #10783
> Joshua L. Young, OBA #31279
> Ryan M. Oldfield, OBA #18976
> Glen Mullins, OBA #6503
> Chelsi Chaffin Bonano, OBA #34627
> Durbin, Larimore & Bialick
> 920 North Harvey
> Oklahoma City, OK 73102-2610
> Telephone: (405) 235-9584
> Facsimile: (405) 235-0551
> ddonchin@dlb.net; jyoung@dlb.net;
> roldfield@dlb.net; gmullins@dlb.net;
> cbonano@dlb.net
> Attorneys for Defendant, Allstate Vehicle and Property Insurance Company

## CERTIFICATE OF SERVICE

☒ I hereby certify that on August 29, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Ashley Leavitt, OBA #32818
Holbrook Leavitt & Associates, PLLC
4815 S Harvard Ave., Suite 285
Tulsa, OK 74135
Telephone: (918) 373-9394
Facsimile: (918) 539-0269
ashley@holbrookleavitt.com
Attorney for Plaintiff

*s/Ryan M. Oldfield*
*Ryan M. Oldfield*

120.2016\Removal Docs(22199355.1)